# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SEABOARD HOTEL MEMBER ASSOCIATES, LLC, *et al.*,<br><br>        Post-Effective Date Plan Debtors. | Chapter 11<br><br>Case No. 15-12510 (LSS)<br><br>Jointly Administered |
| NCA INVESTORS LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>        vs.<br><br>Defendants listed on **Exhibit 1** attached hereto,<br><br>        Defendants. | Adv. Proc. Nos.: See **Exhibit 1** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOHN E. LUCIAN

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of John E. Lucian of the law firm of Blank Rome LLP to represent defendants listed on **Exhibit 1** attached hereto (together, "***Defendants***") in the above-captioned chapter 11 cases and all related adversary proceedings.

Dated: December 28, 2017  
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*  
Victoria A. Guilfoyle (DE No. 5183)  
1201 N. Market Street, Suite 800  
Wilmington, Delaware 19801  
Telephone:   (302) 425-6404  
Facsimile:    (302) 425-6464  
Email:         guilfoyle@blankrome.com

*Attorney for Defendants*

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

-2-

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Pennsylvania, Maryland, Virginia, District of Columbia and Florida, the United States Court of Appeals for the Fourth Circuit, U.S. District Court for the Eastern District of Pennsylvania, U.S. Bankruptcy Court for the Eastern District of Virginia, U.S. District Court for the District of Columbia, U.S. District Court for the District of Maryland, U.S. District Court for the Southern District of Florida, and U.S. Bankruptcy Court for the Northern District of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 9/1/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the U.S. District Court for the District of Delaware.

Dated: December 28, 2017

*/s/ John E. Lucian*
John E. Lucian
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Telephone:    (215) 569-5442
Facsimile:    (215) 832-5442
Email:          lucian@blankrome.com

-3-

# **EXHIBIT 1**

List of Defendants and Adversary Proceedings

| Defendant(s) | Adv. Proc. No. |
|---|---|
| Thomas L. Kelly, Jr., William A. Merritt, Jr., TLK Partners, LLC, TLK Seaboard Investments, LLC, The PENSCO Trust Company as custodian for the Thomas L. Kelly, Jr. Roth IRA, and James A. Ross, as trustee of the Kelly 2007 Family Trust | 17-51854 (LSS) |
| Brian E. Merritt | 17-51861 (LSS) |
| Christine C. Merritt | 17-51862 (LSS) |
| Elizabeth Merritt Strawbridge | 17-51864 (LSS) |
| Elizabeth Strawbridge | 17-51865 (LSS) |
| Polyann Kelly a/k/a Polly Ann Kelly a/k/a Pollyann Parke Kelly | 17-51867 (LSS) |
| Redmond Stewart Strawbridge a/k/a Stewart Strawbridge | 17-51868 (LSS) |
| W. Tyler Merritt | 17-51870 (LSS) |
| Paul Mark Kelly; and Erinn Kelly | 17-51871 (LSS) |
| Thomas E. Kelly | 17-51872 (LSS) |
| Pensco Trust Company, as Custodian, Trustee or Administrator f/b/o Paul Martin Kelly IRA; and Paul Martin Kelly | 17-51873 (LSS) |
| Pensco Trust Company, as Custodian, Trustee, or Administrator f/b/o Paul Martin Kelly IRA; and Paul Martin Kelly | 17-51874 (LSS) |
| Paul Mark Kelly | 17-51877 (LSS) |
| Pensco Trust Company, as custodian, trustee or administrator f/b/o Pollyann Kelly; and Pollyann Kelly aka Polly Ann Kelly | 17-51878 (LSS) |
| Pensco Trust Company, as custodian, trustee or administrator for benefit of Maria Patricia Kelly-Doggett; and Maria Patricia Kelly-Doggett | 17-51879 (LSS) |

147074.01600/106437840v.1