IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEABOARD HOTEL MEMBER ASSOCIATES, LLC, *et al.,* | ) ) | Case No. 15-12510 (LSS)[1] |
| | ) | |
| Post-Effective Date Plan Debtors.[2] | ) ) | Objection Deadline: December 18, 2017 at 4:00 p.m. Hearing Date: January 4, 2018 at 11:00 a.m. |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 21

The undersigned counsel to META Advisors LLC, in its capacity as Wind-Down Administrator and Investor Trustee (each, a "Distribution Agent", and together, the "Distribution Agents"), hereby certifies the following:

1. On December 3, 2017, the Distribution Agents filed the *Joint Motion of Wind-Down Administrator and Investor Trustee for an Order (I) Establishing a Deadline to File Proofs of Equity Interest In Investor Trust Debtors and Approving the Form and Manner of Notice Thereof; and (II) Extending the Claims Objection Deadline to May 4, 2018* [Docket No. 21] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] These cases originally were jointly administered under the caption *In re Newbury Common Associates, LLC, et al.*, Case No. 15-15207 (LSS). On June 29, 2017, the Court entered an *Order (A) Dismissing the Newbury Common Associates, LLC and Newbury Common Member Associates, LLC Chapter 11 Cases and (B) Granting Related Relief* (Docket No. 1872) (the "Newbury Dismissal Order") pursuant to which Seaboard Hotel Member Associates, LLC became the lead debtor in the remaining chapter 11 cases (collectively, the "Plan Debtors"), and parties-in-interest were directed to consult the docket of its chapter 11 case (Case No. 15-12510 (LSS)) for docket entries for the Plan Debtors made on and after June 29, 2017. Newbury Dismissal Order ¶ 7.

[2] The Plan Debtors in these cases are: 600 Summer Street Stamford Associates, LLC; Seaboard Hotel Member Associates, LLC; Seaboard Hotel LTS Member Associates, LLC; Park Square West Member Associates, LLC; Seaboard Residential, LLC; One Atlantic Member Associates, LLC; 88 Hamilton Avenue Member Associates, LLC; 316 Courtland Avenue Associates, LLC; 300 Main Management, Inc.; 300 Main Street Member Associates, LC; PSWMA I, LLC; PSWMA II, LLC; Tag Forest, LLC; Century Plaza Investor Associates, LLC; Seaboard Hotel Associates, LLC; Seaboard Hotel LTS Associates, LLC; Park Square West Associates, LLC; Clocktower Close Associates, LLC; One Atlantic Investor Associates, LLC; 88 Hamilton Avenue Associates, LLC; 220 Elm Street I, LLC; 300 Main Street Associates, LLC; and 220 Elm Street II, LLC.

1

2

2. Pursuant to the Notice of the Motion, responses were to be filed and served no later than December 18, 2017 at 4:00 p.m. The undersigned counsel has not received any answers, objections or other responsive pleadings to the Motion.

3. Therefore, I respectfully request that the Court enter the proposed form of Order attached to the Motion at its earliest convenience.

Dated: January 2, 2018　　　　　　　　　　*/s/ Raymond H. Lemisch*
Wilmington, Delaware　　　　　　　　　　KLEHR HARRISON HARVEY
　　　　　　　　　　　　　　　　　　　　BRANZBURG LLP
　　　　　　　　　　　　　　　　　　　　Raymond H. Lemisch, Esq. (DE Bar No. 4204)
　　　　　　　　　　　　　　　　　　　　919 Market Street, Suite 1000
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801-3062
　　　　　　　　　　　　　　　　　　　　Telephone:  (302) 426-1189
　　　　　　　　　　　　　　　　　　　　Facsimile:   (302) 426-9193

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP
　　　　　　　　　　　　　　　　　　　　James S. Carr
　　　　　　　　　　　　　　　　　　　　Dana P. Kane
　　　　　　　　　　　　　　　　　　　　T. Charlie Liu
　　　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York  10178
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 808-7800
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 808-7897

　　　　　　　　　　　　　　　　　　　　*Co-Counsel to the Wind-Down Administrator and the Investor Trustee*