## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEABOARD HOTEL MEMBER | ) | Case No. 15-12510 (LSS) |
| ASSOCIATES, LLC, *et al.,* | ) |  |
|  | ) |  |
| Post-Effective Date Plan Debtors.[1] | ) |  |
|  | ) |  |
|  | ) |  |

### NOTES REGARDING *AMENDED* LISTS OF
### EQUITY SECURITY HOLDERS OF INVESTOR TRUST DEBTORS
### IN ACCORDANCE WITH BANKRUPTCY RULE 1007

*These Notes Regarding the Amended Lists of Equity Security Holders of Investor Trust Debtors comprise an integral part of the Amended Lists of Equity Security Holders of Investor Trust Debtors and should be referred to and considered in connection with any review of the Amended Lists of Equity Security Holders of Investor Trust Debtors.*

On December 21, 2015, Newbury Common Associates, LLC; Seaboard Realty, LLC; 600 Summer Street Stamford Associates, LLC; Seaboard Hotel Member Associates, LLC; Seaboard Hotel LTS Member Associates, LLC; Park Square West Member Associates, LLC; Seaboard Residential, LLC; One Atlantic Member Associates, LLC; 88 Hamilton Avenue Member Associates, LLC; 316 Courtland Avenue Associates, LLC; 300 Main Management, Inc.; 300 Main Street Member Associates, LLC; PSWMA I, LLC; PSWMA II, LLC; and Tag Forest, LLC (collectively, the "Original Debtors") in the above-captioned, jointly administered chapter 11 cases filed Lists of Equity Security Holders (collectively, the "Original Lists of Equity Holders") pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.[2]

---

[1]     The Plan Debtors (defined below) in these cases are:  600 Summer Street Stamford Associates, LLC; Seaboard Hotel Member Associates, LLC; Seaboard Hotel LTS Member Associates, LLC; Park Square West Member Associates, LLC; Seaboard Residential, LLC; One Atlantic Member Associates, LLC; 88 Hamilton Avenue Member Associates, LLC; 316 Courtland Avenue Associates, LLC; 300 Main Management, Inc.; 300 Main Street Member Associates, LLC; PSWMA I, LLC; PSWMA II, LLC; Tag Forest, LLC; Century Plaza Investor Associates, LLC; Seaboard Hotel Associates, LLC; Seaboard Hotel LTS Associates, LLC; Park Square West Associates, LLC; Clocktower Close Associates, LLC; One Atlantic Investor Associates, LLC; 88 Hamilton Avenue Associates, LLC; 220 Elm Street I, LLC; 300 Main Street Associates, LLC; and 220 Elm Street II, LLC.

[2]     The Original Lists of Equity Holders were docketed in *In re Newbury Common Associates, LLC, et al.*, Case No. 15-15207 (LSS).  On June 29, 2017, the Court entered an *Order (A) Dismissing the Newbury Common Associates, LLC and Newbury Common Member Associates, LLC Chapter*

On May 18, 2017, the United States Bankruptcy Court for the District of Delaware entered an Order (the "Confirmation Order"),[3] among other things: (i) confirming the *Amended Joint Plan of Liquidation under Chapter 11 of the Bankruptcy Code for PropCo Debtors and HoldCo Debtors (With Technical Modifications)* (the "Plan");[4] and (ii) establishing an Investor Trust. The Plan is a plan of liquidation for the following Original Debtors (collectively, the "Plan Debtors"): 600 Summer Street Stamford Associates, LLC; Seaboard Hotel Member Associates, LLC; Seaboard Hotel LTS Member Associates, LLC; Park Square West Member Associates, LLC; Seaboard Residential, LLC; One Atlantic Member Associates, LLC; 88 Hamilton Avenue Member Associates, LLC; 316 Courtland Avenue Associates, LLC; 300 Main Management, Inc.; 300 Main Street Member Associates, LLC; PSWMA I, LLC; PSWMA II, LLC; Tag Forest, LLC; Century Plaza Investor Associates, LLC; Seaboard Hotel Associates, LLC; Seaboard Hotel LTS Associates, LLC; Park Square West Associates, LLC; Clocktower Close Associates, LLC; One Atlantic Investor Associates, LLC; 88 Hamilton Avenue Associates, LLC; 220 Elm Street I, LLC; 300 Main Street Associates, LLC; and 220 Elm Street II, LLC.

The Plan contemplates, among other things, that the Investor Trustee will make distributions (if any) to Trust Beneficiaries, which include holders of Allowed Equity Interests in, and Allowed Investor Claims against, the Investor Trust Debtors (as defined below). Under the Plan, the Investor Trust Debtors comprise a subset of the Plan Debtors . The Investor Trust Debtors are: 88 Hamilton Avenue Member Associates, LLC; 88 Hamilton Avenue Associates, LLC; Park Square West Member Associates, LLC; Park Square West Associates, LLC; PSWMA I, LLC; PSWMA II, LLC; Seaboard Hotel Member Associates, LLC; and Seaboard Hotel Associates, LLC (collectively, the "Investor Trust Debtors").

The Investor Trustee has undertaken to update the Original Lists of Equity Holders solely as they relate to the Investor Trust Debtors and hereby files the *Amended Lists of Equity Security Holders of Investor Trust Debtors* (the "Amended Equity Holders – Investor Trust Debtors List"). In reviewing and updating the Original Lists of Equity Holders to compile the Amended Equity Holders – Investor Trust Debtors List, the Investor Trustee necessarily has relied upon the books and records that are available and reviewable at this time. The Investor Trustee has not (and could not have) personally verified the accuracy of the information contained in the Amended Equity Holders – Investor Trust Debtors List.

---

*11 Cases and (B) Granting Related Relief* (Docket No. 1872) (the "Newbury Dismissal Order") pursuant to which Seaboard Hotel Member Associates, LLC became the lead Debtor for the Plan Debtors' cases, and parties-in-interest were directed to consult the docket of its chapter 11 case (Case No. 15-12510 (LSS)) for docket entries for the Plan Debtors made on and after June 29, 2017. Newbury Dismissal Order ¶ 7.

[3]   Case No. 15-15207 (LSS), Docket No. 1805.

[4]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Reasonable efforts have been made to prepare and file complete and accurate Amended Equity Holders – Investor Trust Debtors List based on currently available information that has been reviewed; however, inadvertent errors or omissions may exist.  The Investor Trustee reserves all rights to amend or supplement the Amended Equity Holders – Investor Trust Debtors List from time to time, in all respects, as may be necessary or appropriate. Furthermore, nothing contained in the Amended Equity Holders – Investor Trust Debtors List shall constitute a waiver of rights, claims and defenses of the Investor Trust Debtors or any other Plan Debtor. Any specific reservation of rights contained elsewhere in the Notes does not limit in any respect the general reservation of rights contained in this paragraph.  The Investor Trustee and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized.

The Investor Trustee and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Investor Trustee or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against or interest in any of the Plan Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Investor Trustee, the Plan Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

## AMENDED LISTS OF INVESTOR TRUST DEBTORS' EQUITY
## SECURITY HOLDERS IN ACCORDANCE WITH BANKRUPTCY RULE 1007

### Membership Interests in Seaboard Hotel Associates, LLC

| Seaboard Hotel Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| Seaboard Hotel Member Associates, LLC | c/o META Advisors LLC<br>101 Park Avenue, 30th Floor<br>New York, NY 10178 | 100% | | | |

### Membership Interests in Seaboard Hotel Member Associates, LLC

| Seaboard Hotel Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| Seaboard Realty, LLC | c/o Thomas Kelly<br>130 Brookline Drive<br>Pinehurst, NC 28374<br><br>Jeoffrey L. Burtch<br>P.O. Box 549<br>Wilmington, DE 19899<br><br>Sean T. Greecher<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street Wilmington, DE 19801 | 25.00% | | | X |
| Martha R. Andrus | 2554 Linden Drive<br>Boulder, CO 80304-0430 | 0.45981% | | | |
| John M. Callagy | 3 Althea Lane<br>Darien, CT 06820 | 0.73569% | | | |
| Vincent C. And Julie A. Cavaliere | 191 Gerdes Road<br>New Canaan, CT 06840 | 0.73569% | | | |
| Brian C. DiMenna | 1110 Park Avenue, Apt 3L<br>Hoboken, NJ 07030 | 0.18392% | | | X |
| John J. DiMenna, III | c/o John J. DiMenna, Jr.<br>9088 Englewood Court<br>Vero Beach, FL 32963 | 0.18392% | | | X |
| M. Lynn DiMenna | 9088 Englewood Court<br>Vero Beach, FL 32963 | 0.36784% | | | X |
| Meredith DiMenna | c/o John J. DiMenna, Jr.<br>9088 Englewood Court<br>Vero Beach, FL 32963 | 0.18392% | | | X |
| Thomas E. DiMenna | c/o John J. DiMenna, Jr.<br>9088 Englewood Court<br>Vero Beach, FL 32963 | 0.18392% | | | X |
| CSD Holdings, LLC - Christopher Durfee | c/o Wells Fargo Adv-Acct #4938-4116<br>Attn: Alan Sylvestre<br>86 Denison Avenue, Suite 1<br>Mystic, CT 06355 | 0.36785% | | | |

| Seaboard Hotel Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| William A. Durkin, III | 68 Peach Hill Road<br>Darien, CT 06820 | 0.36785% | | | |
| Charles P. and Judith D. Eaton | 20 Point Road<br>Norwalk, CT 06854 | 2.20707% | | | |
| Gilbert H. Engels 2012 Family Trust<br>Anna M Engels & Nicholas DiCostanzo, Trustees | 413 Mill Hill Terrace<br>Southport, CT 06890 | 4.78199% | | | |
| Alvin J. Epstein | 8 Marvin Street<br>Norwalk, CT 06855 | 1.47138% | | | |
| William P. Frank | 67 St. Nicholas Road<br>Darien, CT 06820 | 2.20707% | | | |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust f/b/o Alexander Frankel<br>38 Circle Drive<br>Hastings on Hudson, NY 10706 | 0.73569% | | | |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust f/b/o Emma Frankel<br>38 Circle Drive<br>Hastings on Hudson, NY 10706 | 0.73569% | | | |
| David & Susan Frankel | 38 Circle Drive<br>Hastings on Hudson, NY 10706 | 1.10354% | | | |
| Giovanni Gentile | 23 Westview Lane<br>Stamford, CT 06902 | 0.73569% | | | |
| Greenhorn Mesa Partners LTD. | c/o Meshannon and Associates, Inc.<br>2001 Kirby Drive Suite 504<br>Houston, TX 77019 | 1.47138% | | | |
| Cassandra N. Hendriks | 196 Greenlawn Road<br>Cochranville, PA 19330 | 1.65530% | | | |
| Paul Mark Kelly | 30 Goodwives River Road<br>Darien, CT 06820 | 1.47138% | | | X |
| Pollyann Kelly | 130 Brookline Drive<br>Pinehurst, NC 28374 | 1.471380% | | | X |
| Thomas E. Kelly | 8 Old Rock Lane<br>Norwalk, CT 06850 | 2.57492% | | | X |
| Thomas L. Kelly, Jr. ROTH IRA | PENSCO Trust Company<br>1560 Broadway, 4$^6$ Floor<br>Denver, CO 80202 | 3.67845% | | | X |
| Michael Kirschbaum | 7103 Fresh Pond Road, #A1C<br>Queens, NY 11385 | 0.36785% | | | |
| Robert E. & Elizabeth A. LaBlanc | 60 East End Avenue, Apt. 19A New York NY 10028 | 1.47138% | | | |
| Laurence and Karol London | 175 East Middle Patent Road<br>Bedford, NY 10506 | 1.47138% | | | |
| Leonard and Leslie London JTWROS | 21697 Old Bridge Trail<br>Boca Raton, FL 33428 | 2.94276% | | | |
| Andrew Mann Trust Under Article Third of the T Mann Rev Trust u/t/a/d 4/27/10, Andrew Mann, TR | 606 West 113th Street, Apt 6B<br>New York, NY 10025 | 1.103535% | | | |
| Jonathan Mann Trust | 258 Bedford-Banksville Rd.<br>Bedford, NY 10506 | 1.10354% | | | |
| Andrew Mann Custodian f/b/o Samuel Mann | 606 West 113th Street, Apt. 6B<br>New York, NY 10025 | 1.04468% | | | |

| Seaboard Hotel Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| C. Donald Martin | 907 Cumberland Ridge Road<br>Oxford, MS 38655 | 1.47138% | | | |
| Rosemary McAllister | 8 Peter Cooper Road #9B<br>New York, NY 10010 | 1.47138% | | | |
| McGuire Family 2012 Irrevocable Trust | 1088 Park Avenue, Apt 9E<br>New York, NY 10128 | 1.47138% | | | |
| Christopher & Michele Meehan | 22 Bridle Trail<br>Fairfield, CT 06824 | 0.36785% | | | |
| Jack & Fran Meehan | 1011 Pequot Avenue<br>Southport, CT 06890 | 1.83923% | | | |
| Douglas J. Mello | 66 Milton Road, Apt. D11<br>Rye, NY 10580 | 1.47138% | | | |
| Christine C. Merritt | 83 Brookside Road<br>Darien, CT 06820 | 4.41414% | | | X |
| William A. Merritt, Jr. | 83 Brookside Road<br>Darien, CT 06820 | 1.10354% | | | X |
| Robert A. Musumeci | 99 Blackrock Road<br>Stamford, CT 06903 | 7.35691% | | | |
| Dominic Napolitano | 10 Pasture Lane<br>Darien, CT 06820 | 1.83923% | | | |
| Beth Meehan Palmer | 10 West 15th Street #1205<br>New York, NY 10011 | 0.18392% | | | |
| Louis Pento | 17 Scranton Street<br>Staten Island, NY 10304 | 0.73569% | | | |
| Christopher Rich | 3561 Carvins Cove Road<br>Salem, VA 24153 | 0.45981% | | | |
| Priscilla A. Rich Revocable Living Trust | 389 Eastview Drive<br>Boone, NC 28607 | 0.45981% | | | |
| Thomas L. Rich | One Rogers Road<br>Stamford, CT 06901 | 1.83923% | | | |
| Thomas L. Rich 2012 Trust | 222 Summer Street<br>Stamford, CT 06901 | 0.45980% | | | |
| Richard A. Robustelli | 180 Turn of River Road, Apt. 5B<br>Stamford, CT 06905 | 1.47138% | | | |
| Faye Z. Ross | 7118 Lincoln Drive<br>Philadelphia, PA 19119 | 0.36785% | | | |
| SAV Equities LLC | c/o Anthony Savarese<br>30 Drake Avenue<br>Rye, NY 10580 | 1.10354% | | | |
| Lisa Speigel | 11624 NW 52nd Court<br>Coral Springs, FL 33076 | 0.12875% | | | |
| Gregory V. Stanton | 1086 Westover Road<br>Stamford, CT  06901 | 0.25749% | | | |
| Marvin A. Stolberg Trust | 11253 Boca Woods Lane<br>Boca Raton, FL 33428 | 1.47138% | | | |
| Elizabeth Merritt Strawbridge | 3801 Kennett Pike, Suite B-100<br>Wilmington, DE 19807 | 1.28746% | | | X |
| Redmond Stewart Strawbridge | 3801 Kennett Pike, Suite B-100<br>Wilmington, DE 19807 | 2.39100% | | | X |

## Membership Interests in Park Square West Associates, LLC

| Park Square West Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tinge nt | Un-liquidate d | Dis-puted |
| Park Square West Member Associates, LLC | c/o META Advisors LLC<br>101 Park Avenue, 30th Floor<br>New York, NY 10178 | 100% | | | |

## Membership Interests in Park Square West Member Associates, LLC

| Park Square West Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| Seaboard Realty, LLC | c/o Thomas L. Kelly, Jr.<br>130 Brookline Drive<br>Pinehurst, NC 28734<br><br>Jeoffrey L. Burtch<br>P.O. Box 549<br>Wilmington, DE 19899<br><br>Sean T. Greecher<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801 | 25.00% | | | X |
| Andrus, Martha R. | 2554 Linden Drive<br>Boulder, CO 80304-0430 | 0.25959% | | | |
| Arrowhead Trust | f/b/o Christopher O'Connor<br>P.O. Box 6431<br>520 Spruce Ridge Lane<br>Snowmass Village, CO 81615 | 4.15334% | | | |
| Andrea O. Burke | 18 Woolsley Avenue<br>Trumbull, CT 06611 | 0.83067% | | | |
| John M. Callagy | 3 Althea Lane<br>Darien, CT 06820 | 0.83067% | | | |
| Henry D. Cavanna | 64 Rowayton Avenue<br>Rowayton, CT 06853 | 1.66964% | | | |
| James D. & Susan C. Cuppini | 29 W. 331 Old Wayne Ct.<br>West Chicago, IL 60185 | 0.35303% | | | |
| James D. Cuppini IRA | PENSCO Trust Company<br>1560 Broadway, 4th Floor<br>Denver, CO 80202 | 0.68530 % | | | |
| Kathryn Daly IRA | PENSCO Trust Company<br>1560 Broadway, 4th Floor<br>Denver, CO 80202 | 0. 20767% | | | |
| Kristen M. Daly IRA | PENSCO Trust Company<br>1560 Broadway, 4th Floor<br>Denver, CO 80202 | 0.20767% | | | |
| Matthew Daly IRA | PENSCO Trust Company<br>1560 Broadway, 4th Floor<br>Denver, CO 80202 | 0.20767% | | | |

| Park Square West Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Con-tingent** | **Un-liquidated** | **Dis-puted** |
| Robert Daly IRA | PENSCO Trust Company<br>1560 Broadway, 4th Floor<br>Denver, CO 80202 | 0.20767% | | | |
| Brian C. DiMenna | 1110 Park Avenue, Apt 3L<br>Hoboken, NJ 07030 | 0.10383% | | | X |
| John J. DiMenna, III | c/o John J. DiMenna, Jr.<br>9088 Englewood Court<br>Vero Beach, FL 32963 | 0.10383% | | | X |
| John J. and M. Lynn DiMenna TIC | 9088 Englewood Court<br>Vero Beach, FL 32963 | 0.41533% | | | X |
| Meredith DiMenna | c/o John J. DiMenna, Jr.<br>9088 Englewood Court<br>Vero Beach, FL 32963 | 0.10383% | | | X |
| Thomas E. DiMenna | c/o John J. DiMenna, Jr.<br>9088 Englewood Court<br>Vero Beach, FL 32963 | 0.10383% | | | X |
| Jeffrey R. Dunne Revocable Trust | 90 Butternut Lane<br>Southport, CT 06890 | 2.49200% | | | |
| Charles P. and Judith D. Eaton | 20 Point Road<br>Norwalk, CT 06854 | 1.24600% | | | |
| Gilbert H. Engels Jr | 7 Arrow Head Road<br>Westport, CT 06880 | 0.41741% | | | |
| Gilbert H. Engels 2012 Family Trust<br>Anna M Engels & Nicholas DiCostanzo, Trustees | 413 Mill Hill Terrace<br>Southport, CT 06890 | 2.07667% | | | |
| Susan R. Epstein | 8 Marvin Street<br>Norwalk, CT 06855 | 2.07667% | | | |
| William P. Frank | 67 St. Nicholas Road<br>Darien, CT 06820 | 1.45367% | | | |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust<br>f/b/o Alexander Frankel<br>38 Circle Drive<br>Hastings on Hudson, NY 10706 | 0.41533% | | | |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust<br>f/b/o Emma Frankel<br>38 Circle Drive<br>Hastings on Hudson, NY 10706 | 0.41533% | | | |
| David & Susan Frankel | 38 Circle Drive<br>Hastings on Hudson, NY 10706 | 0.62300% | | | |
| Samuel B. Fuller | 40 Contentment Island Road<br>Darien, CT 06890 | 1.66134% | | | |
| Emma Graham | c/o Thomas M. Graham<br>275 Willow Street<br>Southport, CT 06890 | 0.31150% | | | |
| John M. Graham | c/o Thomas M. Graham<br>275 Willow Street<br>Southport, CT 06890 | 0.31150% | | | |
| Greenhorn Mesa Partners LTD. | c/o Meshannon and Associates, Inc.<br>2001 Kirby Drive Suite 504<br>Houston, TX 77019 | 1.24600% | | | |
| Edward T. Hapgood, Jr. | 1939 Fairfield Beach Road<br>Fairfield, CT 06824 | 1.24600% | | | |

| Park Square West Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Con-tingent** | **Un-liquidated** | **Dis-puted** |
| T. Peter Harding | 5 Poppy Lane<br>Glen Cove, NY 11542 | 1.24600% | | | |
| Kelly 2007 Family Trust<br>James A. Ross, Trustee | 100 Old Windmill Road<br>Clarks Summit, PA 18411 | 0.20767% | | | X |
| Pollyann Kelly | 130 Brookline Drive<br>Pinehurst, NC 28374 | 0.83067% | | | X |
| Thomas E. Kelly | 8 Old Rock Lane<br>Norwalk, CT 06850 | 0.93450% | | | X |
| TLK Seaboard Investments, LLC | c/o Thomas L. Kelly, Jr., Manager<br>130 Brookline Drive<br>Pinehurst, NC 28374 | 4.15335% | | | X |
| Robert E. & Elizabeth A. LaBlanc | 60 East End Avenue, Apt. 19A<br>New York NY 10028 | 0.83067% | | | |
| Laurence and Karol London | 175 East Middle Patent Road<br>Bedford, NY 10506 | 0.83067% | | | |
| Leonard and Leslie London JTWROS | 21697 Old Bridge Trail<br>Boca Raton, FL 33428 | 1.66134% | | | |
| Sharon L. Mahar | 104 Coddington Lane<br>Millbrook, NY 12545 | 0.41533% | | | |
| Andrew Mann Trust Under Article Third of the T Mann Rev Trust u/t/a/d 4/27/10, Andrew Mann, TR | 606 West 113th Street, Apt. 6B<br>New York, NY 10025 | 0.62300% | | | |
| Jonathan Mann Trust | 258 Bedford-Banksville Rd.<br>Bedford, NY 10506 | 0.62300% | | | |
| C. Donald Martin | 907 Cumberland Ridge Road<br>Oxford, MS 38655 | 1.24600% | | | |
| Rosemary McAllister | 8 Peter Cooper Road #9B<br>New York, NY 10010 | 1.66964% | | | |
| McGuire Family 2012 Irrevocable Trust | 1088 Park Avenue, Apt 9E<br>New York, NY 10128 | 1.03834% | | | |
| Christopher & Michele Meehan | 22 Bridle Trail<br>Fairfield, CT 06824 | 020767% | | | |
| Jack & Fran Meehan | 1011 Pequot Avenue<br>Southport, CT 06890 | 1.03834% | | | |
| Douglas J. Mello | 66 Milton Road, Apt. D11<br>Rye, NY 10580 | 0.83067% | | | |
| John D. & Regina L. Mello | 4 Woodhill Road<br>Westport, CT 06880 | 1.03834% | | | |
| Brian E. Merritt | P.O. Box 12791<br>3165 Pitchfork Drive<br>Jackson, WY 83002 | 0.14380% | | | X |
| Christine C. Merritt | 83 Brookside Road<br>Darien, CT 06820 | 1.46134% | | | X |
| W. Tyler Merritt | Black Diamond Equipment<br>142 Cochran Road<br>Richmond, VT 05477 | 0.43320% | | | X |
| William A. Merritt, Jr. | 83 Brookside Road<br>Darien, CT 06820 | 0.03833% | | | X |
| Robert A. Musumeci | 99 Blackrock Road<br>Stamford, CT 06903 | 5.19168% | | | |
| Dominic Napolitano | 10 Pasture Lane<br>Darien, CT 06820 | 1.03834% | | | |

| Park Square West Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| Thomas E. O'Connor | P.O. Box 6431<br>520 Spruce Ridge Lane<br>Snowmass Village, CO 81615 | 6.23001% | | | |
| Beth Meehan Palmer | 10 West 15th Street #1205<br>New York, NY 10011 | 0.10383% | | | |
| Louis Pento | 17 Scranton Street<br>Staten Island, NY 10304 | 0.31150% | | | |
| Radha Ramaswamy | 326 Prospect Avenue, Apt. 12K<br>Hackensack, NY 07601 | 0.83067% | | | |
| Christopher Rich | 3561 Carvins Cove Road<br>Salem, VA 24153 | 0.25958% | | | |
| Pricilla A. Rich Revocable Living Trust | 389 Eastview Drive<br>Boone, NC 28607 | 0.25959% | | | |
| Thomas L. Rich | One Rogers Road<br>Stamford, CT 06901 | 2.07667% | | | |
| Thomas L. Rich 2012 Trust | 222 Summer Street<br>Stamford, CT 06901 | 0.25958% | | | |
| Richard A. Robustelli | 180 Turn of River Road, Apt 5B<br>Stamford, CT 06905 | 1.66134% | | | |
| Faye Z. Ross | 7118 Lincoln Drive<br>Philadelphia, PA 19119 | 0.20871% | | | |
| James A. Ross | 100 Old Windmill Road<br>Clarks Summit, PA 18411 | 0.24920% | | | |
| Dr. Allen B. Rothpearl | 9 Crabtree Lane<br>Roslyn, NY 11576 | 1.03834% | | | |
| Norla Rothpearl | 1375 Cedar Bay Road<br>Jacksonville, FL 32218 | 2.90734% | | | |
| SAV Equities LLC | c/o Anthony Savarese<br>30 Drake Avenue<br>Rye, NY 10580 | 0.62300% | | | |
| Michael E. Shannon | c/o Greenhorn Mesa Partners<br>2001 Kirby Drive Suite 504<br>Houston, TX 77019 | 0.83067% | | | |
| David H. and Janet M. Soskin | 10 Dellwood Road<br>Darien, CT 06820 | 0.83067% | | | |
| Lisa Speigel | 11624 NW 52nd Court<br>Coral Springs, FL 33076 | 0.07268% | | | |
| Gregory V. Stanton | 1086 Westover Road<br>Stanford, CT  06905 | 0.20974% | | | |
| Marvin A. Stolberg Trust | 11253 Boca Woods Lane<br>Boca Raton, FL 33428 | 0.83067% | | | |
| Elizabeth Merritt Strawbridge | 7 Cloyster Street<br>South Portland, ME 04106 | 0.41533% | | | X |
| Redmond Stewart Strawbridge | 3801 Kennett Pike, Suite B-100<br>Wilmington, DE 19807 | 0.62300% | | | X |

## Membership Interests in 88 Hamilton Avenue Associates, LLC

| 88 Hamilton Avenue Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tinge nt | Un-liquidate d | Dis-puted |
| 88 Hamilton Avenue Member Associates, LLC | c/o META Advisors LLC 101 Park Avenue, 30th Floor New York, NY  10178 | 100% | | | |

## Membership Interests in 88 Hamilton Avenue Member Associates, LLC

| 88 Hamilton Avenue Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| Seaboard Realty, LLC | c/o Thomas L. Kelly, Jr. 130 Brookline Drive Pinehurst, NC  28734<br><br>Jeoffrey L. Burtch P.O. Box 549 Wilmington, DE 19899<br><br>Sean T. Greecher Young Conaway Stargatt & Taylor, LLP 1000 North King Street Wilmington, DE 19801 | 25.00% | | | X |
| Marilyn J. Birdsall Trustee of the Estate Tax Shelter Trust | 60 Indian Head. Road Riverside, CT 06878 | 1.57205% | | | |
| Marilyn J. Birdsall IRA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202-3308 | 1.04803% | | | |
| Estate of Robert M. Daly Matthew C. Daly, Administrator | 304 West 112th Street, Apt. 3R New York, NY  10026 | 1.31004% | | | |
| John J. DiMenna, Jr. | 9088 Englewood Court Vero Beach, FL  32963 | 1.768550% | | | X |
| Charles P. Eaton | 20 Point Road Norwalk, CT 06854 | 5.24017% | | | |
| Gilbert H. Engels 2012 Family Trust Anna M. Engels & Nicholas DiCostanzo, Trustees | 413 Mill Hill Terrace Southport, CT 06890 | 4.58515% | | | |
| Alvin J. Epstein | 8 Marvin Street Norwalk, CT 06855 | 1.96507% | | | |
| Edward T. Hapgood, Jr. | 1939 Fairfield Beach Road Fairfield, CT 06824 | 2.62009% | | | |
| Patricia C. Harding IRSA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202-3308 | 0% | | | |
| Paul Martin Kelly IRSA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202-3308 | 3.60262% | | | X |

| 88 Hamilton Avenue Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Con-tingent** | **Un-liquidated** | **Dis-puted** |
| Pensco Trust Company f/b/o T. Peter Harding IRA | 5 Poppy Lane Glen Cove, NY  11542 | 2.620090% | | | |
| Pollyann Kelly | 130 Brookline Drive Pinehurst, NC 28374 | 4.58515% | | | X |
| TLK Seaboard Investments, LLC | c/o Thomas L. Kelly, Jr., Manager 130 Brookline Drive Pinehurst, NC 28374 | 9.82533% | | | X |
| Robert E. LaBlanc | 60 East End Avenue, Apartment 19A New York, NY 10028 | 2.62009% | | | |
| Leonard & Leslie London | 21697 Old Bridge Trail Boca Raton, FL 33428 | 5.24017% | | | |
| Andrew Mann, Custodian f/b/o Benjamin Mann | 606 West 113th Street, Apt. 6B New York, NY  10025 | 0.170310% | | | |
| Andrew Mann, Custodian f/b/o Clementine Mann | 606 West 113th Street, Apt. 6B New York, NY  10025 | 0.170310% | | | |
| Andrew Mann, Custodian f/b/o Samuel Mann | 606 West 113th Street, Apt. 6B New York, NY  10025 | 0.170310% | | | |
| Andrew Mann Trust Under Article Third of the T Mann Rev Trust u/t/a/d 4/27/10, Andrew Mann, TR | 606 West 113th Street, Apt. 6B New York, NY  10025 | 0.491265% | | | |
| Dakota Mann Jonathan Mann, Custodian | 258 Bedford-Banksville Rd. Bedford, NY  10506 | 0.170310% | | | |
| Jackson Dylan Mann Jonathan Mann, Custodian | 258 Bedford-Banksville Rd. Bedford, NY  10506 | 0.170310% | | | |
| Jonathan Mann | 258 Bedford-Banksville Rd. Bedford, NY  10506 | 0.327510% | | | |
| Jonathan Mann Trust Under Article Third of the T Mann Rev Trust u/t/a/d 4/27/10, Jonathan Mann, TR | 258 Bedford-Banksville Rd. Bedford, NY  10506 | 0.491265% | | | |
| C. Donald Martin | 907 Cumberland Ridge Road Oxford, MS 38655 | 1.31004% | | | |
| Rosemary McAllister | 8 Peter Cooper Road #9B New York, NY 10010-6719 | 2.62009% | | | |
| McGuire Family 2012 Irrevocable Trust Judith S. McGuire, Trustee | 1088 Park Avenue, Apartment 9E New York, NY 10128 | 2.62009% | | | |
| Christopher & Michele Meehan | 22 Bridle Trail Fairfield, CT 06824 | 0.32751% | | | |
| Jack & Fran Meehan | 1011 Pequot Avenue Southport, CT 06890 | 2.62009% | | | |
| Douglas J. Mello | 66 Milton Road, Apartment D11 Rye, NY 10580 | 2.62009% | | | |
| Christine C. Merritt | 83 Brookside Road Darien, CT 06820 | 3.60262% | | | X |
| W. Tyler Merritt | Black Diamond Equipment 142 Cochran Road Richmond, VT 05477 | 1.68502% | | | X |
| William A. Merritt, Jr. | 83 Brookside Road Darien, CT 06820 | 1.26258% | | | X |
| Beth Meehan Palmer | 10 West 15th Street #1205 New York, NY 10011 | 0.32751% | | | |

| 88 Hamilton Avenue Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| SAV Equities, LLC | Attn: Anthony J. Savarese<br>30 Drake Avenue<br>Rye, NY 10580 | 1.31004% | | | |
| David H. and Janet M. Soskin | 10 Dellwood Road<br>Darien, CT 06820 | 2.6200% | | | |
| Jeno Szeredas Trust<br>Pollyann Kelly, Trustee | 130 Brookline Drive<br>Pinehurst, NC 28374 | 0% | | | |
| Pauline P. Szeredas TR, Dated<br>4/9/99 | c/o Polyann Kelly<br>130 Brookline Drive<br>Pinehurst, NC 28374 | 1.310040% | | | |

## Membership Interests in PSWMA I, LLC

| PSWMA I, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| PSWMA II, LLC | c/o META Advisors LLC<br>101 Park Avenue, 30th Floor<br>New York, NY 10178 | 100% | | | |

## Membership Interests in PSWMA II, LLC

| PSWMA II, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Con-tingent | Un-liquidated | Dis-puted |
| Seaboard Realty, LLC | c/o Thomas L. Kelly, Jr.<br>130 Brookline Drive<br>Pinehurst, NC 28734<br><br>Jeoffrey L. Burtch<br>P.O. Box 549<br>Wilmington, DE 19899<br><br>Sean T. Greecher<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801 | 100% | | | X |

**Fill in this information to identify the case and this filing:**

Debtor Name  Seaboard Hotel Member Associates, LLC *et al.*

United States Bankruptcy Court for the: District of Delaware

(State)

Case number 15-12510 (LSS)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒   Other document that requires a declaration:  Equity Holder Lists

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>01/10/2018</u>
              MM / DD / YYYY

×  <u>/s/  James D. Hunt</u>                                         James D. Hunt
   Signature of authorized representative of debtor                Printed name

   Title    Chief Operating Officer, META Advisors LLC, not
            individually, but solely as Investor Trustee of the
            NCA Investors' Liquidating Trust

**Membership Interests in Seaboard Hotel Member Associates, LLC**

| Seaboard Hotel Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Contingent | Unliquidated | Disputed |
| Seaboard Realty, LLC | ~~1 Atlantic Street Stamford, CT 06901~~c/o Thomas Kelly<br>130 Brookline Drive<br>Pinehurst, NC 28374<br><br>Jeoffrey L. Burtch<br>P.O. Box 549<br>Wilmington, DE 19899<br><br>Sean T. Greecher<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801 | 25.00% | | | X |
| Martha R. Andrus | 2554 Linden Drive<br>Boulder, CO 80304-0430 | 0.45981% | | | |
| John M. Callagy | 3 Althea Lane<br>Darien, CT 06820 | 0.73569% | | | |
| Vincent C. And Julie A. Cavaliere | 191 Gerdes Road<br>New Cann~~a~~an, CT 06840 | 0.73569% | | | |
| Brian C. DiMenna | 1110 Park Avenue, Apt 3L<br>Hoboken, NJ 07030 | 0.18392% | | | X |
| John J. DiMenna, III | c/o John J. Di~~m~~Menna, Jr.<br>9088 Englewood Court<br>Vero Beach, FL 32963~~19 Rockwell Lane Darien, CT 06820~~ | 0.18392% | | | X |
| M. Lynn DiMenna | 9088 Englewood Court<br>Vero Beach, FL 32963~~19 Rockwell Lane Darien, CT 06820~~ | 0.36784% | | | X |
| Meredith DiMenna | ~~25 Grand Street, Unit 239 Norwalk, CT 06851~~c/o John J. DiMenna, Jr.<br>9088 Englewood Court<br>Vero Beach, FL 32963 | 0.18392% | | | X |
| Thomas E. DiMenna | c/o John J. Di~~m~~Menna, Jr.<br>9088 Englewood Court<br>Vero Beach, FL 32963~~19 Rockwell Lane Darien, CT 06820~~ | 0.18392% | | | X |
| CSD Holdings, LLC - Christopher Durfee | ~~CSD Holdings, LLC~~<br>c/o ~~Merrill Lynch Attn: Caroline Wall~~Wells Fargo Adv-Acct #4938-4116<br>~~38 East Main Street~~<br>Attn: Alan Sylvestre<br>86 Denison Avenue, Suite 1<br>Mystic, CT 06355 | 0.36785% | | | |

| Seaboard Hotel Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | Contingent | Unliquidated | Disputed |
| William A. Durkin, III | 68 Peach Hill Road Darien, CT 06820 | 0.36785% | | | |
| Charles P. and Judith D. Eaton | 20 Point Road Norwalk, CT 06854 | 2.20707% | | | |
| Gilbert H. Engels 2012 Family Trust Anna M Engels & Nicholas DiCostanzo, Trustees | 413 Mill Hill Terrace Southport, CT 06890 | 4.78199% | | | |
| Alvin J. Epstein | 8 Marvin Street Norwalk, CT 06855 | 1.47138% | | | |
| William P. Frank | 67 ~~Street~~St. Nicholas Road Darien, CT 06820 | 2.20707% | | | |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust f/b/o Alexander Frankel 38 Circle Drive Hastings on Hudson, NY 10706 | 0.73569% | | | |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust f/b/o Emma Frankel 38 Circle Drive Hastings on Hudson, NY 10706 | 0.73569% | | | |
| David & Susan Frankel | 38 Circle Drive Hastings on Hudson, NY 10706 | 1.10354% | | | |
| Giovanni Gentile | 23 Westview Lane Stamford, CT 06902 | 0.73569% | | | |
| Greenhorn Mesa Partners LTD. | c/o Meshannon and Assoc~~iates, Inc.~~ 2001 Kirby Drive Suite ~~607~~504 Houston, TX 77019 | 1.47138% | | | |
| Cassandra N. Hendriks | 196 Greenlawn Road Cochranville, PA 19330 | 1.65530% | | | |
| Paul Mark Kelly | 30~~0~~ Goodwives River Road Darien, CT 06820 | 1.47138% | | | X |
| Pollyann Kelly | 130 Brookline Drive Pinehurst, NC 28374 | 1.471380% | | | X |
| Thomas E. Kelly | ~~11 Parish~~8 Old Rock Lane ~~New Cannan~~Norwalk, CT 068~~4~~50 | ~~1.47138~~2.57492% | | | X |
| Thomas L. Kelly, Jr. ROTH IRA | PENSCO TRUST Company 1560 Broadway, 4~~th~~4th Floor Denver, CO 80202 | ~~2.57492~~3.67845% | | | X |
| Michael Kirschbaum | 7103 Fresh Pond Road, #A1C Queens, NY 11385 | ~~3.67845~~0.36785% | | | |
| Robert E. & Elizabeth A. LaBlanc | 60 East End Avenue, Apt. 19A New York NY 10028 | ~~0.36785~~1.47138% | | | |
| Laurence and Karol London | 175 East Middle Patent Road Bedford, NY 10506 | 1.47138% | | | |
| Leonard and Leslie London JTWROS | 21697 Old ~~R~~Bridge Trail Boca Raton, FL 33428 | ~~1.47138~~2.94276% | | | |
| Andrew Mann Trust Under Article Third of the T Mann | 606 West 113th Street, Apt 6B ~~c/o Jonathan Mann~~ | ~~2.94276~~1.103535% | | | |

| Seaboard Hotel Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Equity Holder | Address of Equity Holder | Interest Percentage | Contingent | Unliquidated | Disputed |
| Rev Trust u/t/a/d 4/27/10, Andrew Mann, TR | ~~23 Woodland Road Bedford~~New York, NY ~~10506~~10025 | | | | |
| Jonathan Mann Trust | ~~23 Woodland Road~~258 Bedford-Banksville Rd. Bedford, NY 10506 | 1.10354% | | | |
| Andrew Mann ~~Custodian~~ Custodian f/b/o Samuel Mann | ~~606 West 113th Street, Apt. 6B f/b/o Samuel Mann c/o Jonathan Mann 23 Woodland Road Bedford~~New York, NY ~~10506~~10025 | ~~1.10354~~1.04468% | | | |
| C. Donald Martin | 907 Cumberland Ridge Road Oxford, MS 38655 | ~~1.04468~~1.47138% | | | |
| Rosemary McAllister | 8 Peter Cooper Road #9B New York, NY 10010 | 1.47138% | | | |
| McGuire Family 2012 Irrevocable Trust | 1088 Park Avenue, Apt 9E New York, NY 10128 | 1.47138% | | | |
| Christopher & Michele Meehan | 22 Bridle Trail Fairfield, CT 06824 | 0.36785% | | | |
| Jack & Fran Meehan | 1011 Pequot Avenue Southport, CT 06890 | 1.83923% | | | |
| Douglas J. Mello | 66 Milton Road, Apt. D11 Rye, NY 10580 | 1.47138% | | | |
| Christine C. Merritt | 83 Brookside Road Darien, CT 06820 | 4.41414% | | | X |
| William A. Merritt, Jr. | 83 Brookside Road Darien, CT 06820 | 1.10354% | | | X |
| Robert A. Musumeci | 99 Blackrock Road Stamford, CT 06903 | 7.35691% | | | |
| Dominic Napolitano | 10 Pasture Lane Darien, CT 06820 | 1.83923% | | | |
| Beth Meehan Palmer | 10 West 15th Street #1205 New York, NY 10011 | 0.18392% | | | |
| Louis Pento | 17 Scranton Street Staten Island, NY 10304 | 0.73569% | | | |
| Christopher Rich | 3561 Carvins Cove Road Salem, VA 24153 | 0.45981% | | | |
| Priscilla A. Rich Revocable Living Trust | 389 Eastview Drive Boone, NC 28607 | 0.45981% | | | |
| Thomas L. Rich | One Rogers Road Stamford, CT 06901 | 1.83923% | | | |
| Thomas L. Rich 2012 Trust | 222 Summer Street Stamford, CT 06901 | 0.45980% | | | |
| Richard A. Robustelli | ~~31 Eastover~~180 Turn of River Road, Apt. 5B Stamford, CT 06905 | 1.47138% | | | |
| Faye Z. Ross | ~~7188~~7118 Lincoln Drive Philadelphia, PA 19119 | 0.36785% | | | |
| SAV Equities LLC | c/o Anthony Savarese 30 Drake Avenue Rye, NY 10580 | 1.10354% | | | |

| Seaboard Hotel Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Contingent** | **Unliquidated** | **Disputed** |
| Lisa Speigel | 11624 NW 52nd Court Coral Springs, FL 33076 | 0.12875% | | | |
| Gregory V. Stanton | ~~14 Pryer Lane~~1086 Westover Road ~~Larchmont, NY 10538~~Stamford, CT 06901 | 0.25749% | | | |
| Marvin A. Stolberg Trust | 11253 Boca Woods Lane Boca Raton, FL 33428 | 1.47138% | | | |
| Elizabeth Merritt Strawbridge | 3801 Kennett Pike, Suite B-100 Wilmington, DE 19807 | 1.28746% | | | X |
| Redmond Stewart Strawbridge | 3801 Kennett Pike, Suite B-100 Wilmington, DE 19807 | 2.39100% | | | X |

## Membership Interests in Park Square West Member Associates, LLC

| Park Square West Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Contingent** | **Unliquidated** | **Disputed** |
| Seaboard Realty, LLC | ~~1 Atlantic Street Stamford, CT 06901~~c/o Thomas L. Kelly, Jr. 130 Brookline Drive Pinehurst, NC 28734<br><br>Jeoffrey L. Burtch P.O. Box 549 Wilmington, DE 19899<br><br>Sean T. Greecher Young Conaway Stargatt & Taylor, LLP 1000 North King Street Wilmington, DE 19801 | 25.00% | | | X |
| Andrus, Martha R. | 2554 Linden Drive Boulder, CO 80304-0430 | 0.25959% | | | |
| Arrowhead Trust | f/b/o Christopher O'Connor P.O. Box 6431 520 Spruce Ridge Lane Snowmass Village, CO 81615 | 4.15334% | | | |
| Andrea O. Burke | 18 Woolsley Avenue Trumbull, CT 06611 | 0.83067% | | | |
| John M. Callagy | 3 Althea Lane Darien, CT 06820 | 0.83067% | | | |
| Henry D. Cavanna | 64 Rowayton Avenue Rowayton, CT 06853 | 1.66964% | | | |
| James D. & Susan C. Cuppini | 29 W. 331 Old Wayne Ct. West Chicago, IL 60185 | 0.35303% | | | |
| James D. Cuppini IRA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202 | 0.68530 % | | | |
| Kathryn Daly IRA | PENSCO Trust Company 1560 Broadway, 4th Floor | 0.~~0.~~20767% | | | |

| Park Square West Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Contingent** | **Unliquidated** | **Disputed** |
| | Denver, CO 80202 | | | | |
| Kristen M. Daly IRA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202 | 0.20767% | | | |
| Matthew Daly IRA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202 | 0.20767% | | | |
| Robert Daly IRA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202 | 0.20767% | | | |
| Brian C. DiMenna | 1110 Park Avenue, Apt 3L Hoboken, NJ 07030 | 0.10383% | | | X |
| John J. DiMenna, III | c/o John J. Di~~m~~Menna, Jr. 9088 Englewood Court Vero Beach, FL 32963~~19 Rockwell Lane Darien, CT 06820~~ | 0.10383% | | | X |
| John J. and M. Lynn DiMenna TIC | 9088 Englewood Court Vero Beach, FL 32963~~19 Rockwell Lane Darien, CT 06820~~ | 0.41533% | | | X |
| Meredith DiMenna | ~~25 Grand Street, Unit 239 Norwalk, CT 06851~~c/o John J. DiMenna, Jr. 9088 Englewood Court Vero Beach, FL 32963 | 0.10383% | | | X |
| Thomas E. DiMenna | c/o John J. Di~~m~~Menna, Jr. 9088 Englewood Court Vero Beach, FL 32963~~19 Rockwell Lane Darien, CT 06820~~ | 0.10383% | | | X |
| Jeffrey R. Dunne Revocable Trust | 90 Butternut Lane Southport, CT 06890 | 2.49200% | | | |
| Charles P. and Judith D. Eaton | 20 Point Road Norwalk, CT 06854 | 1.24600% | | | |
| Gilbert H. Engels Jr | 7 Arrow Head Road Westport, CT 06880 | 0.41741% | | | |
| Gilbert H. Engels 2012 Family Trust Anna M Engels & Nicholas DiCostanzo, Trustees | 413 Mill Hill Terrace Southport, CT 06890 | 2.07667% | | | |
| Susan R. Epstein | 8 Marvin Street Norwalk, CT 06855 | 2.07667% | | | |
| William P. Frank | 67 ~~Street~~St. Nicholas Road Darien, CT 06820 | 1.45367% | | | |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust f/b/o Alexander Frankel 38 Circle Drive Hastings on Hudson, NY 10706 | 0.41533% | | | |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust f/b/o Emma Frankel | 0.41533% | | | |

| Park Square West Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | Contingent | Unliquidated | Disputed |
| | 38 Circle Drive Hastings on Hudson, NY 10706 | | | | |
| David & Susan Frankel | 38 Circle Drive Hastings on Hudson, NY 10706 | 0.62300% | | | |
| Samuel B. Fuller | 40 Contentment Island Road Darien, CT 06890 | 1.66134% | | | |
| Emma Graham | c/o Thomas M. Graha~~m~~m 275 Willow Street Southport, CT 06890 | 0.31150% | | | |
| John M. Graham | c/o Thomas M. Graham 275 Willow Street Southport, CT 06890 | 0.31150% | | | |
| Greenhorn Mesa Partners LTD. | c/o Meshannon and Assoc~~iates, Inc,~~ 2001 Kirby Drive Suite ~~607~~504 Houston, TX 77019 | 1.24600% | | | |
| Edward T. Hapgood, Jr. | 1939 Fairfield Beach Road Fairfield, CT 06824 | 1.24600% | | | |
| T. Peter Harding | 5 Poppy Lane Glen Cove, NY 11542 | 1.24600% | | | |
| Kelly 2007 Family Trust James A. Ross, Trustee | 100 Old Windmill Road Clarks Summit, PA 18411 | 0.20767% | | | X |
| Pollyann Kelly | 130 Brookline Drive Pinehurst, NC 28374 | 0.83067% | | | X |
| Thomas E. Kelly | ~~11 Parish~~8 Old Rock Lane ~~New Canaan~~Norwalk, CT 068~~4~~50 | 0.93450% | | | X |
| TLK Seaboard Investments, LLC | c/o Thomas L. Kelly, Jr., Manager 130 Brookline Drive Pinehurst, NC 28374 | 4.15335% | | | X |
| Robert E. & Elizabeth A. LaBlanc | 60 East End Avenue, Apt. 19A New York NY 10028 | 0.83067% | | | |
| Laurence and Karol London | 175 East Middle Patent Road Bedford, NY 10506 | 0.83067% | | | |
| Leonard and Leslie London JTWROS | 21697 Old ~~R~~Bridge Trail Boca Raton, FL 33428 | 1.66134% | | | |
| Sharon L. Mahar | 104 Coddington Lane Millbrook, NY 12545 | 0.41533% | | | |
| Andrew Mann Trust Under Article Third of the T Mann Rev Trust u/t/a/d 4/27/10, Andrew Mann, TR | 606 West 113th Street, Apt. 6B ~~c/o Jonathan Mann 23 Woodland Road Bedford~~New York, NY ~~10506~~10025 | 0.62300% | | | |
| Jonathan Mann Trust | ~~23 Woodland Road~~ 258 Bedford-Banksville Rd. Bedford, NY 10506 | 0.62300% | | | |
| C. Donald Martin | 907 Cumberland Ridge Road Oxford, MS 38655 | 1.24600% | | | |
| Rosemary McAllister | 8 Peter Cooper Road #9B New York, NY 10010 | 1.66964% | | | |

| Park Square West Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | Contingent | Unliquidated | Disputed |
| McGuire Family 2012 Irrevocable Trust | 1088 Park Avenue, Apt 9E<br>New York, NY 10128 | 1.03834% | | | |
| Christopher & Michele Meehan | 22 Bridle Trail<br>Fairfield, CT 06824 | 0.20767% | | | |
| Jack & Fran Meehan | 1011 Pequot Avenue<br>Southport, CT 06890 | 1.03834% | | | |
| Douglas J. Mello | 66 Milton Road, Apt. D11<br>Rye, NY 10580 | 0.83067% | | | |
| John D. & Regina L. Mello | 4 Woodhill Road<br>Westport, CT 06880 | 1.03834% | | | |
| Brian E. Merritt | P.O. Box 12791<br>3165 Pitchfork Drive<br>Jackson, WY 83002 | 0.14380% | | | X |
| Christine C. Merritt | 83 Brookside Road<br>Darien, CT 06820 | 1.46134% | | | X |
| W. Tyler Merritt | Black Diamond Equipment<br>142 Cochran Road<br>Richmond, VT 05477 | 0.43320% | | | X |
| William A. Merritt, Jr. | 83 Brookside Road<br>Darien, CT 06820 | 0.03833% | | | X |
| Robert A. Musumeci | 99 Blackrock Road<br>Stamford, CT 06903 | 5.19168% | | | |
| Dominic Napolitano | 10 Pasture Lane<br>Darien, CT 06820 | 1.03834% | | | |
| Thomas E. O'Connor | P.O. Box 6431<br>520 Spruce Ridge Lane<br>Snowmass Village, CO 81615 | 6.23001% | | | |
| Beth Meehan Palmer | 10 West 15th Street #1205<br>New York, NY 10011 | 0.10383% | | | |
| Louis Pento | 17 Scranton Street<br>Staten Island, NY 10304 | 0.31150% | | | |
| Radha Ramaswamy | 326 Prospect Avenue, Apt. 12K<br>Hackensack, NJ 07601 | 0.83067% | | | |
| Christopher Rich | 3561 Carvins Cove Road<br>Salem, VA 24153 | 0.25958% | | | |
| Pricilla A. Rich Revocable Living Trust | 389 Eastview Drive<br>Boone, NC 28607 | 0.25959% | | | |
| Thomas L. Rich | One Rogers Road<br>Stamford, CT 06901 | 2.07667% | | | |
| Thomas L. Rich 2012 Trust | 222 Summer Street<br>Stamford, CT 06901 | 0.25958% | | | |
| Richard A. Robustelli | ~~31 Eastover~~180 Turn of River Road~~,~~ Apt 5B<br>Stamford, CT 06905 | 1.66134% | | | |
| Faye Z. Ross | ~~7188~~7118 Lincoln Drive<br>Philadelphia, PA 19119 | 0.20871% | | | |
| James A. Ross | 100 Old Windmill Road<br>Clarks Summit, PA 18411 | 0.24920% | | | |
| Dr. Allen B. Rothpearl | 9 Crabtree Lane<br>Roslyn, NY 11576 | 1.03834% | | | |
| Norla Rothpearl | ~~12314 Dunwoody Drive~~<br>1375 Cedar Bay Road | 2.90734% | | | |

| Park Square West Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Con- tinge nt** | **Un- liquidate d** | **Dis- pute d** |
| | Jacksonville, FL ~~32225~~32218 | | | | |
| SAV Equities LLC | c/o Anthony Savarese 30 Drake Avenue Rye, NY 10580 | 0.62300% | | | |
| Michael E. Shannon | c/o Greenhorn Mesa Partners ~~2011~~2001 Kirby Drive Suite 504 Houston, ~~Tx~~TX 77019 | 0.83067% | | | |
| David H. and Janet M. Soskin | 10 Dellwood Road Darien, CT 06820 | 0.83067% | | | |
| Lisa Speigel | 11624 NW 52nd Court Coral Springs, FL 33076 | 0.07268% | | | |
| Gregory V. Stanton | ~~14 Pryer Lane~~1086 Westover Road ~~Larchmont, NY 10538~~Stanford, CT  06905 | 0.20974% | | | |
| Marvin A. Stolberg Trust | 11253 Boca Woods Lane Boca Raton, FL 33428 | 0.83067% | | | |
| Elizabeth Merritt Strawbridge | 7 Cloyster Street South Portland, ME 04106 | 0.41533% | | | X |
| Redmond Stewart Strawbridge | 3801 Kennett Pike, Suite B-100 Wilmington, DE 19807 | 0.62300% | | | X |

## Membership Interests in 88 Hamilton Avenue Member Associates, LLC

| 88 Hamilton ~~Member~~ Avenue Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Con- tinge nt** | **Un- liquidate d** | **Dis- pute d** |
| Seaboard Realty, LLC | ~~1 Atlantic Street, 4th Floor Stamford, CT 06901~~c/o Thomas L. Kelly, Jr. 130 Brookline Drive Pinehurst, NC  28734  Jeoffrey L. Burtch P.O. Box 549 Wilmington, DE 19899  Sean T. Greecher Young Conaway Stargatt & Taylor, LLP 1000 North King Street Wilmington, DE 19801 | 25.00% | | | X |
| Marilyn J. Birdsall Trustee of the Estate Tax Shelter Trust | 60 Indian Head Road Riverside, CT 06878 | 1.57205% | | | |
| Marilyn J. Birdsall IRA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202-3308 | 1.04803% | | | |
| Estate of Robert M. Daly Matthew C. Daly, | 304 West 112th Street, Apt. 3R ~~155 East 34th Street, Apartment~~ | 1.31004% | | | |

| 88 Hamilton ~~Member~~ Avenue Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Contingent** | **Unliquidated** | **Disputed** |
| Administrator | ~~4V~~ New York, NY  100~~1~~26 | | | | |
| John J. DiMenna, Jr. | 9088 Englewood Court Vero Beach, FL  32963 | 1.768550% | | | X |
| Charles P. Eaton | 20 Point Road Norwalk, CT 06854 | 5.24017% | | | |
| Gilbert H. Engels 2012 Family Trust Anna M. Engels & Nicholas DiCostanzo, Trustees | 413 Mill Hill Terrace Southport, CT 06890 | 4.58515% | | | |
| Alvin J. Epstein | 8 Marvin Street Norwalk, CT 06855 | 1.96507% | | | |
| Edward T. Hapgood, Jr. | 1939 Fairfield Beach Road Fairfield, CT 06824 | 2.62009% | | | |
| Patricia C. Harding IRSA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202-3308 | ~~2.620090~~% | | | |
| Paul Martin Kelly IRSA | PENSCO Trust Company 1560 Broadway, 4th Floor Denver, CO 80202-3308 | 3.60262% | | | X |
| Pensco Trust Company f/b/o T. Peter Harding IRA | 5 Poppy Lane Glen Cove, NY  11542 | 2.620090% | | | |
| Pollyann Kelly | 130 Brookline Drive Pinehurst, NC 28374 | 4.58515% | | | X |
| TLK Seaboard Investments, LLC | c/o Thomas L. Kelly, Jr., Manager 130 Brookline Drive Pinehurst, NC 28374 | 9.82533% | | | X |
| Robert E. LaBlanc | 60 East End Avenue, Apartment 19A New York, NY 10028 | 2.62009% | | | |
| Leonard & Leslie London | 21697 Old Bridge ~~Tri~~Trail Boca Raton, FL 33428 | 5.240~~17~~% | | | |
| Andrew Mann, Custodian f/b/o Benjamin Mann | 606 West 113th Street, Apt. 6B New York, NY  10025 | 0.170310% | | | |
| Andrew Mann, Custodian f/b/o Clementine Mann | 606 West 113th Street, Apt. 6B New York, NY  10025 | 0.170310% | | | |
| Andrew Mann, Custodian f/b/o Samuel Mann | 606 West 113th Street, Apt. 6B New York, NY  10025 | 0.170310% | | | |
| Andrew Mann Trust Under Article Third of the T Mann Rev Trust u/t/a/d 4/27/10, Andrew Mann, TR | 606 West 113th Street, Apt. 6B New York, NY  10025 | 0.491265% | | | |
| Dakota Mann Jonathan Mann, Custodian | 258 Bedford-Banksville Rd. Bedford, NY  10506 | 0.170310% | | | |
| Jackson Dylan Mann Jonathan Mann, Custodian | 258 Bedford-Banksville Rd. Bedford, NY  10506 | 0.170310% | | | |
| Jonathan Mann | 258 Bedford-Banksville Rd. Bedford, NY  10506 | 0.327510% | | | |
| Jonathan Mann Trust Under Article Third of the T Mann Rev Trust u/t/a/d 4/27/10, Jonathan Mann, TR | 258 Bedford-Banksville Rd. Bedford, NY  10506 | 0.491265% | | | |

4834-3995-2474v.1

| 88 Hamilton ~~Member~~ Avenue Member Associates, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Contingent** | **Unliquidated** | **Disputed** |
| C. Donald Martin | 907 Cumberland Ridge Road Oxford, MS 38655 | 1.31004% | | | |
| Rosemary McAllister | 8 Peter Cooper Road #9B New York, NY 10010-6719 | 2.62009% | | | |
| McGuire Family 2012 Irrevocable Trust Judith S. McGuire, Trustee | 1088 Park Avenue, Apartment 9E New York, NY 10128 | 2.62009% | | | |
| Christopher & Michele Meehan | 22 Bridle Trail Fairfield, CT 06824 | 0.32751% | | | |
| Jack & Fran Meehan | 1011 Pequot Avenue Southport, CT 06890 | 2.62009% | | | |
| Douglas J. Mello | 66 Milton Road, Apartment D11 Rye, NY 10580 | 2.62009% | | | |
| Christine C. Merritt | 83 Brookside Road Darien, CT 06820 | 3.60262% | | | X |
| W. Tyler Merritt | Black Diamond Equipment 142 Cochran Road Richmond, VT 05477 | 1.68502% | | | X |
| William A. Merritt, Jr. | 83 Brookside Road Darien, CT 06820 | 1.26258% | | | X |
| Beth Meehan Palmer | 10 West 15th Street #1205 New York, NY 10011 | 0.32751% | | | |
| SAV Equities, LLC | Attn: Anthony J. Savarese 30 Drake Avenue Rye, NY 10580 | 1.31004% | | | |
| David H. and Janet M. Soskin | 10 Dellwood Road Darien, CT 06820 | ~~1.26258~~2.6200% | | | |
| Jeno Szeredas Trust Pollyann Kelly, Trustee | 130 Brookline Drive Pinehurst, NC 28374 | ~~0.32751~~0% | | | |
| Pauline P. Szeredas TR, Dated 4/9/99 | c/o Polyann Kelly 130 Brookline Drive Pinehurst, NC 28374 | 1.310040% | | | |

**Membership Interests in PSWMA I, LLC**

| PSWMA I, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Contingent** | **Unliquidated** | **Disputed** |
| PSWMA II, LLC | ~~1 Atlantic Street Stamford, CT 06901~~c/o META Advisors LLC<br>101 Park Avenue, 30th Floor<br>New York, NY  10178 | 100% | | | |

**Membership Interests in PSWMA II, LLC**

| PSWMA II, LLC | | | | | |
|---|---|---|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Interest Percentage** | **Contingent** | **Unliquidated** | **Disputed** |
| Seaboard Realty, LLC | ~~1 Atlantic Street Stamford, CT 06901~~c/o Thomas L. Kelly, Jr.<br>130 Brookline Drive<br>Pinehurst, NC  28734<br><br>Jeoffrey L. Burtch<br>P.O. Box 549<br>Wilmington, DE 19899<br><br>Sean T. Greecher<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801 | 100% | | | X |